This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**HSBC BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE FBR SECURITIZATION TRUST 2005-2 CALLABLE MORTGAGE-BACKED NOTES, SERIES 2005-2,**

Plaintiff-Appellee,

v.                                                   **No. A-1-CA-37432**

**JULIO MARTINEZ,**

Defendant-Appellant,

and

**MARY R. MARQUEZ a/k/a MARY RITA MARQUEZ a/k/a MARQUEZ a/k/a RITA MARY MARQUEZ a/k/a RITA M. MARQUEZ a/k/a RITA MARQUEZ; and UNKNOWN TENANTS (real names unknown),**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Gregory S. Shaffer, District Judge**

Eraina Marie Edwards
Albuquerque, NM

for Appellee

Julio Martinez
Santa Fe, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**VANZI, Chief Judge.**

{1}     Summary dismissal in part and affirmance in part was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal in part and affirmance in part has been filed and the time for doing so has expired. **DISMISSED IN PART AND AFFIRMED IN PART.**

{2}     **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Chief Judge**

**WE CONCUR:**

_____
**JULIE J. VARGAS, Judge**

_____
**JENNIFER L. ATTREP, Judge**